[No. 24458–2–I.  Division One.  April 29, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
NICHOLAS POUNDS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–00717–3, Patricia H. Aitken, J., entered

June 26, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Agid, J.